# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CONSTANTIN N. STAN, | ) | No. CV 11-2883-AG (PLA) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| R. E. BARNES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 30, 2014

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE